THE PEOPLE OF THE STATE OF NEW YORK ex rel. KENDRICK A. LUTHER et al., Individually and Doing Business under the Name of THE LUTHER-KEFFER AGENCY, Petitioners, against STATE TAX COMMISSION, Respondent.—

Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ., concur.